UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 04, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| DAMON DOVE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION H-17-0665 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## Order of Adoption

On April 7, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (6). Petitioner filed an answer that the court construes as an objection (7). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Dove's petition for writ of habeas corpus is dismissed without prejudice to asking the Fifth Circuit Court of Appeals for permission to file a successive habeas petition.

Signed _May 3_____, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge